United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DAVID STEBEN CHAVEZ YARA,** § § | |
| Petitioner, § § | |
| VS. § | CIVIL ACTION NO. 4:26-cv-00861 |
| § | |
| **PAM BONDI,** *et al.*, § § | |
| Respondents. § § | |

# ORDER

Before the Court is Petitioner David Steben Chavez Yara's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion to Dismiss and, in the Alternative, for Summary Judgment (ECF No. 6). The Court has considered the briefing and the applicable law. For the reasons previously articulated by this Court and by numerous other District Courts in the Southern District of Texas and across the country, the Court has determined that the Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). *See Mendez Velazquez v. Noem*, 4:25-cv-04527 (S.D. Tex. Oct. 30, 2025) (Ellison, J.); *Rivera-Henriquez v. Tate*, 4:25-CV-045436, (S.D. Tex. Sep. 26, 2025); *Buenrostro-Mendez v. Bondi*, No. CV H-25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025); *Fuentes v. Lyons et al.*, 25-cv-00153 (S.D. Tex. Oct. 16, 2025); *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588, at *8 (S.D.N.Y. Aug. 13, 2025). The Court is persuaded by the reasoning in these decisions.

The Court **GRANTS IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). The Court **DENIES** Respondents' Motion to Dismiss (ECF No. 6). Relief is granted in the form of a bond hearing under 8 U.S.C. § 1226(a).

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) by February 13, 2026, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing and Petitioner's custody no later than February 16, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on February 5, 2026.

_____
Keith P. Ellison
United States District Judge